UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: TERRORIST ATTACKS ON ) <br> SEPTEMBER 11, 2001 ) <br> ) | Civil Action No. 03 MDL 1570 (GBD) (SN) <br> ECF Case |

**This document relates to:**

*Burnett, et al. v. Al Baraka Investment and Development Corp., et al.*,
 Case No. 03-CV-9849 (GBD)(SN)
*Euro Brokers Inc., et al. v. Al Baraka Investment and Development Corp., et al.*,
 Case No. 04-CV-7279 (GBD)(SN)
*Burnett, et al. v. The Islamic Republic of Iran, et al.*, Case No. 15-CV-9903 (GBD)(SN)
*Adams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11493 (GBD)(SN)
*Actisdano, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11504 (GBD)(SN)
*Anderson, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11509 (GBD)(SN)
*Abraham, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11515 (GBD)(SN)
*Abrahams, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11519 (GBD)(SN)
*Arias, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11582 (GBD)(SN)
*Agri, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11619 (GBD)(SN)
*Barrera, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11624 (GBD)(SN)
*Ando, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-11664 (GBD)(SN)
*Aepelbacher, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12030 (GBD)(SN)
*Adam, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12118 (GBD)(SN)
*Abreu, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12318 (GBD)(SN)
*Parks, et al. v. Kingdom of Saudi Arabia*, Case No. 18-CV-12322 (GBD)(SN)
*Odland, et al. v. Kingdom of Saudi Arabia*, Case No. 19-CV-26 (GBD)(SN)
*Arias, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-41 (GBD)(SN)
*Prior, et al. v. The Islamic Republic of Iran*, Case No. 19-CV-44 (GBD)(SN)

**SARAH NETBURN, United States Magistrate Judge:**

**[PROPOSED] ORDER TO WITHDRAW
C. ROSS HEYL AS ATTORNEY OF RECORD**

Before the Court is the Motion to Withdraw C. Ross Heyl as Attorney of Record for the above-captioned Plaintiffs.

It is **ORDERED** that Charles Ross Heyl be withdrawn as counsel for the above-captioned in the above-referenced action, effective December 29, 2023.

_____

Dated: _____, 2023  
New York, New York

Hon. Sarah Netburn  
United States Magistrate Judge